nied.

No. 02–6385. WILLIAMS v. JOHNSON, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–6402. O'LEARY v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII. C. A. 9th Cir. Certiorari denied.

No. 02–6413. TAYLOR v. POTTER, POSTMASTER GENERAL. C. A. 11th Cir. Certiorari denied.

No. 02–6415. APARICIO-CRUZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–6417. BEY v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–6432. BRADSHAW v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–6441. FORD v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 02–6457. SMITH v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 02–6461. AGUILAR-MORENO v. UNITED STATES; ALVAREZ-BLANCO v. UNITED STATES; DE LA CRUZ-HERNANDEZ v. UNITED STATES; RODARTE-RODRIGUEZ v. UNITED STATES; RAMOS-HIPOLITO, AKA RAMOS v. UNITED STATES; and HERRERA-TORRES, AKA LOPEZ AYALA v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 45 Fed. Appx. 321 (second, fifth, and sixth judgments) and 322 (first, third, and fourth judgments).

No. 02–6465. GARCIA-TORRES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–6483. HOLMES v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 02–6507. TAYLOR v. HAWK SAWYER, DIRECTOR, FEDERAL BUREAU OF PRISONS. C. A. D. C. Cir. Certiorari denied.